**2007–2140. Walburn v. Dunlap.**
Vinton App. No. 06CA653.
LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2007–2155. State v. Hayden.**
Montgomery App. No. 21764, 2007-Ohio-5572.

**2007–2156. Jr. Brock's Auto Works II, Inc. v. Brock.**
Hamilton App. Nos. C–060464, C–060467, and C–061070.

**2007–2164. State v. Stokes.**
Cuyahoga App. No. 88939, 2007-Ohio-5063.

**2007–2166. Homza v. Levin.**
Delaware App. No. 07CAH070037.

**2007–2167. Homza v. Levin.**
Delaware App. No. 07CAH070038.

**2007–2173. State v. Walton.**
Cuyahoga App. No. 88358, 2007-Ohio-5070.

**2007–2176. State v. Abercrombie.**
Cuyahoga App. No. 88625, 2007-Ohio-5071.
PFEIFER, J., dissents.

**2007–2195. State v. Wolf.**
Lake App. Nos. 2007–L–101 and 2007–L–102, 2007-Ohio-5502.

**2007–2196. State v. Long.**
Cuyahoga App. No. 88828, 2007-Ohio-5359.

**2007–2222. State v. Creasey.**
Cuyahoga App. No. 90027.

**2007–2241. State v. Walker.**
Cuyahoga App. No. 90521.

**2007–2405. State v. Starks.**
Lucas App. Nos. L–05–1417 and L–05–1419, 2007-Ohio-4897.

## RECONSIDERATION OF PRIOR DECISIONS

**2006–0617. Bickers v. W. & S. Life Ins. Co.**
Reported at 116 Ohio St.3d 351, 2007-Ohio-6751, 879 N.E.2d 201. On motion for reconsideration. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**2007–0459. Bonham v. Hamilton.**
Butler App. No. CA2006–02–030, 2007-Ohio-349. Reported at 116 Ohio St.3d 1222, 2007-Ohio-6748, 879 N.E.2d 775. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.
O'DONNELL, J., not participating.

**2007–1640. State v. Roddy.**
Cuyahoga App. No. 88759, 2007-Ohio-4015. Reported at 116 Ohio St.3d 1457, 2007-Ohio-6803, 878 N.E.2d 34. On motion for reconsideration. Motion granted and discretionary appeal accepted.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2007–1707. State v. Duncan.**
Clark App. No. 2006CA109, 2007-Ohio-4079. Reported at 116 Ohio St.3d 1457, 2007-Ohio-6803, 878 N.E.2d 34. On motion for reconsideration. Motion denied.